

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/29/2015

| | | |
|---|---|---|
| IN RE: | § | |
| ATP OIL & GAS CORPORATION | § | CASE NO: 12-36187 |
| Debtor(s) | § | |
| | § | CHAPTER 7 |

### ORDER ABATING ADVERSARY PROCEEDINGS

Adversary proceedings 12-3425, 12-3429 and 12-3443 are abated until October 14, 2015.

SIGNED **September 29, 2015.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE