## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| OHA INVESTMENT CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 12-03443 |
| | § | |
| ATP OIL & GAS CORPORATION | § | |
| and BENNU OIL & GAS, LLC, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF RESET HEARING

PLEASE TAKE NOTICE that a hearing on the *Joint Emergency Motion by Bennu and OHA to Enter Agreed Judgment* [Dkt. No. 251] has been reset and scheduled for **Thursday, February 4, 2016 at 10:00 a.m.** before the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, Houston Division at the United States Courthouse, Room 404, 515 Rusk Avenue, Houston, Texas 77002.

DATED: December 17, 2015.

THOMPSON & KNIGHT LLP

By: /s/ Tye C. Hancock
   Tye C. Hancock
   Bar No. 24032271
   Mitchell E. Ayer
   Bar No. 01465500
   333 Clay Street, Suite 3300
   Houston, Texas 77002
   Telephone: (713) 654-8111
   Facsimile: (713) 654-1871

David M. Bennett
Bar No. 2139600
Katharine Battaia Clark
Bar No. 24046712
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

**ATTORNEYS FOR OHA
INVESTMENT CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on those parties entitled to notice via this Court's ECF system and upon the parties on the attached service list by regular US mail on this 17th day of December, 2015.

/s/*Tye C. Hancock*
Tye C. Hancock

## SERVICE LIST

Bennu Oil & Gas, LLC
4600 Post Oak Place, Suite 100
Houston, TX 77027

**DEFENDANT**

Andrew J. Gallo
MORGAN, LEWIS & BOCKIUS LLP
One Federal St
Boston, MA 02110
andrew.gallo@morganlewis.com

Sean B. Davis
WINSTEAD PC
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002
sbdavis@winstead.com

Phillip L Lamberson
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX 75201
plamberson@winstead.com

**ATTORNEYS FOR BENNU OIL & GAS,
LLC**

Rodney D. Tow
TOW AND KOENIG PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77380
rtow@towkoenig.com

**TRUSTEE**

Charles M. Rubio
DIAMOND MCCARTHY, LLP
909 Fannin Street, Suite 1500
Houston, TX 77010
crubio@diamondmccarthy.com

**COUNSEL FOR TRUSTEE IN MAIN
BANKRUPTCY**

Chris Lindstrom
COOPER & SCULLY, P.C.
815 Walker Street, Suite 1040
Houston, Texas 77002
Chris.Lindstrom@cooperscully.com

Timothy Micah Dortch
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Micah.Dortch@cooperscully.com

**ATTORNEY IN CHARGE FOR RODNEY
TOW, TRUSTEE**

Robin B. Cheatham
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139-4500
robin.cheatham@arlaw.com

**ATTORNEYS FOR HARVEY GULF
INTERNATIONAL MARINE, LLC,
HORNBECK OFFSHORE SERVICES,
L.L.C., EXPEDITORS & PRODUCTION
SERVICES, INC., EPS CARGO
HANDLERS COMPANY, AND EPS
LOGISTICS COMPANY**

Paul M Davis
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
pauldavis@andrewskurth.com

John J. Sparacino
VORYS, SATER, SEYMOUR & PEASE LLP
700 Louisiana Street, Suite 4100
Houston, Texas 77002
jjsparacino@vorys.com

**ATTORNEYS FOR THE BANK OF NEW
YORK MELLON TRUST COMPANY, N.A.**

Brian D. Wallace
Allen C. Miller
Evan Dicharry
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
brian.wallace@phelps.com
allen.miller@phelps.com
evan.dicharry@phelps.com

**ATTORNEYS FOR CREDITORS, GULF OFFSHORE LOGISTICS, L.L.C., MARTIN HOLDINGS, L.L.C., C-PORT/STONE L.L.C., OFFSHORE SERVICE VESSELS, L.L.C. AND BARRY GRAHAM OIL SERVICE, L.L.C.**

Phil F. Snow
Kenneth Green
Ross Spence
SNOW FOGEL SPENCE LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
philsnow@snowfogel.com
kennethgreen@snowfogel.com
rossspence@snowfogel.com

**ATTORNEYS FOR SCHLUMBERGER TECHNOLOGY CORPORATION, M-I L.L.C. D/B/A M-I SWACO, SMITH INTERNATIONAL, INC., WIRELINE CONTROL SERVICES, LLC, NABORS OFFSHORE CORPORATION, CANRIG DRILLING TECHNOLOGY, LTD., AND SUPREME SERVICE & SPECIALTY CO. INC.**

Michael D. Rubenstein
LISKOW & LEWIS
1001 Fannin Street, Ste. 1800
Houston, Texas 77002
mdrubenstein@liskow.com

**ATTORNEYS FOR CHAMPION TECHNOLOGIES, INC. AND OFFSHORE ENERGY SERVICES INC.**

Stewart F. Peck
Christopher T. Caplinger
Benjamin W. Kadden
LUGENBUHL, WHEATON, PECK, RANKIN
601 Poydras Street, Suite 2775
New Orleans, LA 70130
speck@lawla.com
ccaplinger@lawla.com
bkadden@lawla.com

**ATTORNEYS FOR WARRIOR ENERGY SERVICES CORPORATION, FASTORQ, L.L.C., STABIL DRILL SPECIALTIES, L.L.C., WORKSTRINGS INTERNATIONAL, L.L.C., AND SUPERIOR ENERGY SERVICES, L.L.C.**

J. Christopher Kohn
Kathie Shahan
Victor W. Zhao
Commercial Litigation Branch
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
victor.w.zhao@usdoj.gov

**COUNSEL FOR THE UNITED STATES**