

ENTERED
02/04/2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| OHA INVESTMENT CORPORATION, § § Plaintiff, § v. § ATP OIL & GAS CORPORATION and BENNU OIL & GAS, LLC, § § § § § Defendants. § | Adversary No. 12-03443 |

## ORDER DISMISSING CLAIMS BY OHA INVESTMENT CORPORATION AGAINST ATP OIL & GAS CORPORATION WITHOUT PREJUDICE

Upon consideration of *OHA Investment Corporation's Motion for an Order Dismissing OHA's Claims Against ATP Oil & Gas Corporation Without Prejudice* (the "Motion");[18] the Court having reviewed the Motion; and notice of the Motion having been adequate and appropriate under the circumstances; and it appearing to the Court that granting the relief requested is appropriate; it is hereby

~~ORDERED that the Motion is granted; it is further~~

ORDERED that the claims by OHA against ATP as described in the *First Amended Complaint for Declaratory Judgment Against ATP Oil & Gas Corporation* [OHA Adv. Dkt. No. 69] (the "Complaint") filed by OHA f/k/a NGP Capital Resources Company, are hereby dismissed as to ATP WITHOUT PREJUDICE.

2-4-16

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

---

[18] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.