

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/04/2016

| | | |
|---|---|---|
| IN RE: | § | |
| ATP OIL & GAS CORPORATION | § | CASE NO: 12-36187 |
|     Debtor(s) | § | |
| | § | CHAPTER 7 |
| | § | |
| OHA INVESTMENT CORPORATION; fka | § | |
| NGP CAPITAL RESOURCES COMPANY | § | |
|     Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 12-03443 |
| | § | |
| BENNU OIL & GAS, LLC | § | |
|     Defendant(s) | § | |

## CASE MANAGEMENT ORDER

1. M&M Claimants may amend their intervenor complaints, with a deadline of February 18, 2016.

2. If an M&M Claimant files an amended intervenor complaint, OHA may file a further amended motion to dismiss the claims, with a deadline of March 3, 2016.

3. Responses to the OHA motion to dismiss, as it may be amended, must be filed, with a deadline of March 17, 2016.

4. Oral arguments on the motion to dismiss will be on March 24, 2016 at 2:00 p.m.

5. If the motion to dismiss is denied at the conclusion of oral arguments, the Court will conduct a status and scheduling conference on March 24, 2016 at 2:00 p.m.

SIGNED **February 4, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE