## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO. 12-36187** |
| **ATP OIL & GAS CORPORATION** | **CHAPTER 11** |
|     **Debtor** | |

---

| | |
|---|---|
| **NGP CAPITAL RESOURCES COMPANY** | **ADVERSARY NO. 12-03443** |
| **Plaintiff and Defendant-in-Intervention** | |
| **V.** | |
| **ATP OIL & GAS CORPORATION** | |
| **Defendant and Defendant-in-Intervention** | |
| **V.** | |
| **HARVEY GULF INTERNATIONAL MARINE, LLC, HORNBECK OFFSHORE SERVICES, LLC, EXPEDITORS AND PRODUCTION SERVICES, INC. AND EPS CARGO HANDLERS COMPANY, INC.** | |
| **Plaintiffs-in-Intervention** | |

---

### SECOND AMENDED COMPLAINT IN INTERVENTION BY HARVEY GULF INTERNATIONAL MARINE, LLC, HORNBECK OFFSHORE SERVICES, LLC, EXPEDITORS AND PRODUCTION SERVICES, INC. AND EPS CARGO HANDLERS COMPANY, INC.

Harvey Gulf International Marine, LLC ("*Harvey Gulf*"), Hornbeck Offshore

1

Services, LLC ("*Hornbeck*"), Expeditors and Production Services, Inc. ("*EPS*"), and EPS Cargo Handlers Company, Inc. ("*EPS Cargo*," or, collectively with Harvey Gulf, Hornbeck, and EPS, the "*Intervenors*"), file this Second Amended Complaint in Intervention and respectfully show the Court as follows:

## PARTIES

1.      Plaintiff-in-Intervention, Harvey Gulf, is a Louisiana limited liability company with its principal place of business in Galliano, Louisiana.

2.      Plaintiff-in-Intervention, Hornbeck, is a Delaware limited liability company with its principal place of business in Covington, Louisiana.

3.      Plaintiff-in-Intervention, EPS, is a Louisiana corporation with its principal place of business in Lafayette, Louisiana.

4.      Plaintiff-in-Intervention, EPS Cargo, is a Louisiana corporation with its principal place of business in Lafayette, Louisiana.

5.      Defendant-in-Intervention, OHA Investment Corporation ("OHA") f/k/a NGP Capital Resources Company is a foreign corporation and doing business in the State of Texas with its registered agent being Paula Williams, 1221 McKinney Street, Suite 2975, Houston, TX 77010.

6.      Defendant-in-Intervention, Bennu Oil & Gas, LLC, ("**Bennu**") is a Delaware limited liability company that may be served in accordance with Federal Rule of Bankruptcy Procedure 7004(h) by mailing a copy of the summons and the Original, Supplemental and Amended Complaint of Intervention and First Amended and Second Amended Complaint of Invention to its registered agent for service of process in Texas, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211

E. 7th Street, Suite 620, Austin, Texas 78701-3218.  Service is also being requested to be made upon Bennu's counsel of record,; Mr. Andrew J. Gallo, Morgan, Lewis & Bockius LLP, One Federal St., Boston, MA 02110; and Mr. Philip L. Lamberson, Winstead PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, TX 75201 and  Bennu is being substituted in place of ATP Oil & Gas Corp. ("Debtor" and/or "ATP") and Credit Suisse AG, Cayman Island Branch pursuant to Bennu's acquisition of the Subject Properties from ATP, on June 9, 2014.

## JURISDICTION AND VENUE

7.     The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334.  The Complaint in Intervention arises under, arises in or is related to a case under Title 11.

8.     This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

9.     Pursuant to Federal Rule of Bankruptcy Procedure 7008(a) and Local Bankruptcy Rule 7008-1, the Intervenors do not consent to entry of final orders or judgments by the Bankruptcy Judge if it is determined that the Bankruptcy Judge, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

10.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

11.    This Court has jurisdiction to grant the relief sought herein under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq*.

## PROCEDURAL AND FACTUAL BACKGROUND

### A.     Bankruptcy of the Debtor

12.    On August 17, 2012, (the "***Petition Date***"), the Debtor filed a voluntary

petition for relief under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***").

**B.     Intervenors' Claims Against the Debtor and Liens and Privileges Against The Subject Interests**

13.     Prior to the Petition Date, each of the Intervenors provided labor, services, and/or materials to the Debtor for and in connection with the Debtor's operation of certain oil and gas properties located in the Gulf of Mexico.

14.     Specifically, the following table sets forth the date upon which each of the Intervenors began providing labor, equipment, services and supplies to the Debtor in support of the Debtor's development, exploration, maintenance and operations, including drilling, completion, testing and production of offshore oil and gas leases located on the Outer Continental Shelf:

| Entity Name | Lien Inception Date[1] | Relevant Property |
|---|---|---|
| Harvey Gulf | 05/31/09[2] | Lease No. OCS-G-16661, located on the Outer Continental Shelf at Mississippi Canyon Block 941 ("***MC 941***"); Lease No. OCS-G-24130, located on the Outer Continental Shelf at Mississippi Canyon Block 942 ("***MC 942***"); Lease No. OCS-G 13198, located on the Outer Continental Shelf at Atwater Valley Block 63 ("***AT 63***"). |
| Hornbeck | 11/27/09 | MC 941; MC 942; AT 63 and Lease No. OCS-G-22939, located on the Outer Continental Shelf at Green Canyon Block 300 ("***GC 300***") |

---

[1] Defined below.

[2] Harvey has reviewed its records and determined the above date.

| EPS | 03/08/10 | MC 941; MC 942; AT 63 and Lease No. OCS -G-14016, located on the Outer Continental Shelf at Mississippi Canyon, Block 711 ("*MC 711*")[3] |
| EPS Cargo | 03/08/10 | MC 941; MC 942 and AT 63 |

15.     The Intervenors are each granted a lien and privilege by operation of the Louisiana Oil Well Lien Act, La. R.S. § 9:4861, *et seq.* ("*LOWLA*")[4] to secure payment for the labor, equipment, services and supplies provided by them to the Debtor for use in connection with the Debtor's development, exploration, maintenance and operations, including drilling, completion, testing and production, of oil and gas wells, including, but not limited to MC 941, MC 942, AT 63, GC 300 and MC 711.

16.     Pursuant to La. R.S. § 9:4863(A), the Intervenors' liens and privileges extend to the following described property (collectively, the "*Subject Interests*"):

        a.      the operating or leasehold interest of the operator of the relevant

                leases, MC 941, MC 942, AT 63, GC 300 and MC 711 (the "*Subject*

                *Leases*") as it relates to this Adversary Proceeding, and the operating

                interest of any participating lessee(s) therein, together with such parties'

                interest in any (i) well(s), building, tank, leasehold pipeline, platforms,

                machinery, flowlines, gathering lines, and other related equipment and

---

[3] EPS also has liens and privileges on additional OCS Leases; however, they are not at issue in this Adversary Proceeding. Nothing in this Complaint should constitute a waiver of any and all of EPS' rights related to the additional OCS Leases.

[4] With respect to all leases which are adjacent to Louisiana, including MC 941, MC 942, AT 63, GC 300 and MC 711, the LOWLA is applicable as surrogate federal law under Section 1332(a)(2)(A) of the OCSLA. *Cutting Underwater Tech. USA, Inc. v. ENI U.S. Operating Co.*, 671 F.3d 512, 517-18 (5th Cir. 2012).

other construction or facility located thereon, (ii) all movables used in the operation of the well attached thereto or located on the Subject Leases and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (iii) tract of land, servitude or other lease described in La. R.S. § 9:4861(12)(c) covering the Subject Leases;

b.      a drilling or other rig located at the Subject Leases, if the rig is owned by the operator of the relevant lease, or the party with whom the Intervenors contracted;

c.      all hydrocarbons produced from the operating interest of the operator of the Subject Leases, and the operating interest of any participating lessee(s) therein; and

d.      the proceeds received by, and the obligations owed to, any lessee or operating interest in the Subject Leases from the disposition of hydrocarbons subject to the privilege.

17.     Pursuant to La. R.S. § 9:4862(B), each of the Intervenors is afforded a lien and privilege on the Subject Interests for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of lis pendens and reasonable attorney's fees not to exceed ten percent (10%).

18.     In accordance with La. R.S. § 9:4865(A)(1), each of the Intervenors timely preserved the efficacy of their respective liens as to third parties by recording Oil Well Lien Affidavits in the relevant jurisdictions (collectively, the "***Intervenors' Lien***

*Affidavits*").[5]

19.     Thereafter, and pursuant to La. R.S. § 9:4865(B) and Section 546 of the Bankruptcy Code, the Intervenors each timely perfected and maintained their respective liens and privileges as to the Subject Interests by filing their respective Notices of Perfection, Continuation or Maintenance of Liens and Supplemental and Amended Notices of Perfection, Continuation or Maintenance of Liens.[6]

## C.     The OHA ORRI Relating to the Subject Interests

20.     On October 17, 2012, OHA instituted the above-captioned Adversary Proceeding by filing its *Complaint for Declaratory Judgment Against ATP Oil & Gas Corporation* (the "*Complaint*") (Adversary Docket No. 1).

21.     On June 20, 2011, OHA and the Debtor executed a (i) Purchase and Sale Agreement   and ("*Original PSA*") and (ii) Conveyance of Term Overriding Royalty Interest ("*Original Conveyance*"), filed with the BOEMRE on June 24, 2011, and duly recorded in the Conveyance Records for Plaquemines Parish, Louisiana on June 23, 2011, COB 1249, Page 94, Entry No. 2011-00002622, whereby the Debtor conveyed to OHA (a) a term overriding royalty interest equal to 10.80% of eight-eighths of the value of all hydrocarbons produced, saved and sold from that certain outer continental shelf oil, gas, and mineral lease to submerged lands in Mississippi Canyon Block 755, known as OCS-G 14016 ("*MC 755*"), (b) a term overriding royalty interest equal to 8.1% of eight-eighths of the value of all hydrocarbons

---

[5]  Attached hereto and incorporated herein as Exhibit "A" is a list of all of the Intervenors' Lien Affidavits, including the place of filing, recordation information, the applicable property, and the principal amount of the relevant claim.

[6]  *See* Docket Nos. 355, 596, 604, 700, 704, 705, 706, 709, 711, 712, 734 and 735 in Case No. 12-36187.

produced, saved and sold from that certain outer continental shelf oil, gas, and mineral lease to submerged lands in Mississippi Canyon Block 754 known as OCS-G 24104, ("**MC 754**"), and (c) a term overriding royalty interest equal to 10.80% of eight-eighths of the value of all hydrocarbons produced, saved and sold from that certain outer continental shelf oil, gas, and mineral lease to submerged lands in MC 711.  See OHA's Complaint (Adv. Doc. No. 1) at ¶ 9.

22.     On December 29, 2011, OHA and the Debtor executed a (i) First Supplemental Purchase and Sale Agreement ("**First Supplemental PSA**"), and (ii) First Supplement and Amendment to Conveyance of Term Royalty Interest ("**First Supplemental Conveyance**"), filed with the BOEMRE on January 6, 2012, and duly recorded in Plaquemines Parish, Louisiana on January 6, 2012, COB 1261, Page 737, Entry No. 2012-00000100, whereby the Debtor conveyed additional term overriding royalty interests to OHA by increasing the Primary Sum used in the calculation of the termination of the term overriding royalty. See OHA's Complaint (Adv. Doc. No. 1) at ¶ 10.

23.     On July 2, 2012, OHA and the Debtor executed a (i) Second Supplemental Purchase and Sale Agreement ("**Second Supplemental PSA**"), and (ii) Second Supplement and Amendment to Conveyance of Term Overriding Royalty Interest ("**Second Supplemental Conveyance**"), filed with the BOEMRE on July 18, 2012, and duly recorded in Plaquemines Parish, Louisiana on July 23, 2012, COB 1273, Page 738, Entry No. 2012-00003278, whereby the Debtor conveyed additional term overriding royalty interests to OHA by increasing the Primary Sum used in the calculation of the termination of the term overriding royalty and also conveyed to OHA,

(a) a term overriding royalty interest equal to 5.0% of eight-eighths of the value of all hydrocarbons produced, saved and sold from MC 942, (b) a term overriding royalty interest equal to 5.0% of eight-eighths of the value of all hydrocarbons produced, saved and sold from MC 941, and (c) a term overriding royalty interest equal to 5.0% of eight-eighths of the value of all hydrocarbons produced, saved and sold from AT 63.  (The Original Conveyance, First Supplemental Conveyance and Second Supplemental Conveyance are referred to collectively as the "***Conveyance***", and the term overriding royalty interests granted under the Conveyance are referred to collectively as the "***ORRIs***").  See OHA's Complaint (Adv. Doc. No. 1) at ¶ 11.

24.     By filing the Complaint, OHA seeks entry of a declaratory judgment that (a) the ORRIs are property of OHA and not the Debtor, (b) the Conveyance and the ORRIs are not executory contracts or leases that the Debtor may reject under Section 365 of the Bankruptcy Code, and (c) the conveyance of the ORRIs to OHA constitutes an absolute, present, unequivocal conveyance of vested real property interests.  See OHA's Complaint (Adv. Doc. No. 1) at ¶¶ 31-32.

**D.     The Debtor's Emergency ORRI Motion**

25.     Prior to the filing of the instant Adversary Proceeding, the Debtor filed its *Emergency Motion for an Order Authorizing (1) Payment of Funds Attributable to Overriding Royalty Interests in the Ordinary Course of Business and (2) Payment of Funds Attributable to Net Profits Interests Subject to Further Order of the Court Requiring Disgorgement Thereof Pursuant to (A) Sections 105(a), 363(b) and 541(a) of the Bankruptcy Code and (B) the Procedures for Complex Chapter 11 Bankruptcy Cases for the United States Bankruptcy Court for the Southern District of Texas (the "**ORRI***

*Motion*") (Case No. 12-36187, Doc. No. 15).

26.    After numerous parties filed objections to the ORRI Motion, the Court conducted a contested hearing and entered its *Order* (the "***ORRI Order***") (Case No. 12-36187, Doc. No. 191) as to the ORRI Motion.

27.    The ORRI Order specifically provided that, subject to execution of a disgorgement agreement in the form attached thereto as <u>Annex A</u> by holders of overriding royalty interests and net profits interests ("***ORRI/NPI Holders***"), the Debtor was ordered to distribute payments under the relevant transaction documents to such parties.

28.    The ORRI Order further provided that any distribution to the ORRI/NPI Holders is conditioned upon and subject to "the right of any party in interest claiming to hold a mechanic's and materialman's or similar statutory lien or privilege on any property to which a Subject Interest relates, to assert in a proper proceeding that such party's lien or privilege (A) extends to any such funds distributed pursuant to this Order, (B) is senior and superior to the interests of any such Subject Interest holder, or (C) to seek disgorgement, turnover, or other relief in connection therewith..."  See ORRI Order, at p. 2-3.

29.    That pursuant to Bennu's acquisition of the Subject Properties from the Debtor, on June 9, 2014, Bennu substituted itself in place and stead of the Debtor and Credit Suisse. [Doc. No. 3].

## <u>RELIEF REQUESTED</u>

30.    As described above and in the Complaint, OHA seeks entry of a declaratory judgment that (a) the ORRI is property of OHA and not the Debtor, (b) the

Conveyance and the ORRIs are not executory contracts or leases that the Debtor may reject under Section 365 of the Bankruptcy Code, and (c) the conveyance of the ORRIs to NGP constitutes an absolute, present, unequivocal conveyance of vested real property interests.

31.     The Intervenors' respective liens and privileges on the Subject Interests, which include the leasehold and operating interest relevant to the Subject Leases, were effective as to third parties, including OHA, when the Intervenors first began providing services and materials and/or a lapse of more than ninety (90) days did not occur between providing services and materials[7] to the Subject Leases (the "***Lien Inception Date***").

32.     The following table sets forth relevant Lien Inception Date for each of the Intervenors with respect to the Subject Leases, all of which predate the recording of the Original Conveyance, the First Supplemental Conveyance and the Second Supplemental Conveyance:

| Entity Name | Lien Inception Date | Subject Lease(s) |
|---|---|---|
| Harvey Gulf | 05/31/09[8] | MC 941, MC 942 and AT 63 |
| Hornbeck | 11/27/09 | MC 941, MC 942, AT 63 and GC 300 |
| EPS | 03/08/10 | MC 941, MC 942, AT 63 and MC 711 |
| EPS Cargo | 03/08/10 | MC 941, MC 942 and AT 63 |

33.     Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, the Intervenors hereby seek a declaratory judgment that: (A) the Intervenors have each properly and timely perfected their liens and privileges as to the relevant Subject

---

[7] See La. R.S. 9:4864(C).
[8] See Fn. 2 above

Interests; (B) the Original Conveyance, the First Supplemental Conveyance and the Second Supplemental Conveyance were recorded after the Lien Inception Date of each of the Intervenors' liens and privileges; (C) the ORRIs were transferred to OHA subject to the Intervenors' liens and privileges in the Subject Interests, including the Subject Leases; and (D) solely with respect to ORRIs on the Subject Leases, and until the Intervenors' liens and privileges are fully discharged (i) any payments received by OHA by lien inception date must be disgorged and paid to the Intervenors in accordance with the ORRI Order [Dkt. No. 191], and (ii) any future payments designated to be made to OHA shall be paid to the Intervenors.

34.     Pursuant to 28 U.S.C. § 2202, and the ORRI Order, the Intervenors seek turnover of all payments received by OHA by the lien inception date until such time as the Intervenors' liens and privileges as to the Subject Interests are satisfied in full.

## **PRAYER**

WHEREFORE, Harvey Gulf International Marine, LLC, Hornbeck Offshore Services, LLC, Expeditors and Production Services, Inc., and EPS Cargo Handlers Company, Inc. respectfully request that the Court enter judgment in their favor, grant the declarations and relief requested herein, and for such other and further relief to which such Intervenors are justly entitled.

Dated: February 16, 2016.

Respectfully submitted,

ADAMS AND REESE LLP

/s/ *Robin B. Cheatham*

Robin B. Cheatham (So. District No. 18036)
Scott R. Cheatham Texas Bar No. 24050406
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139-4500
Telephone: (504) 581-3234
Telecopier: (504) 566-0210
Email: robin.cheatham@arlaw.com
*Attorneys for Harvey Gulf International Marine, LLC, Hornbeck Offshore Services, LLC, Expeditors and Production Services, Inc., and EPS Cargo Handlers Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Second Amended Complaint in Intervention by Harvey Gulf International Marine, LLC, Hornbeck Offshore Services, LLC, Expeditors and Production Services, Inc. and EPS Cargo Handlers Company, Inc. has been served upon all parties listed below via the courts CM/ECF electronic filing system on this 16th day of February, 2016.

- Mitchell E Ayer    mitchell.ayer@tklaw.com,
  mattia.maldonado@tklaw.com;tj.crittendon@tklaw.com
- Charles A Beckham    beckhamc@haynesboone.com
- David Mark Bennett    david.bennett@tklaw.com,
  gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com
- Rhett G Campbell    rhett.campbell@tklaw.com,
  Jeanie.Mathews@tklaw.com;tj.crittendon@tklaw.com
- Robin B Cheatham    robin.cheatham@arlaw.com, vicki.owens@arlaw.com
- Paul M Davis    pauldavis@andrewskurth.com
- Sean B Davis    sbdavis@winstead.com, jhebert@winstead.com
- Timothy Micah Dortch    micah.dortch@cooperscully.com,
  luisa.ulluela@cooperscully.com
- Andrew J. Gallo    andrew.gallo@morganlewis.com

- Kenneth P. Green    kgreen@snowspencelaw.com,
  janissherrill@snowspencelaw.com;rhondarackley@snowspencelaw.com
- Tye Hancock    tye.hancock@tklaw.com,
  patricia.flores@tklaw.com;tj.crittendon@tklaw.com
- Benjamin W Kadden    bkadden@lawla.com,
  jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com
- Phillip L Lamberson    plamberson@winstead.com,
  pschneller@winstead.com;bdaniels@winstead.com
- Christopher David Lindstrom    chris.lindstrom@cooperscully.com,
  angela.rhodes@cooperscully.com
- Allen C. Miller    allen.miller@phelps.com, linda.jefferson@phelps.com
- Michael D Rubenstein    mdrubenstein@liskow.com
- Charles M. Rubio    crubio@diamondmccarthy.com,
  lsimon@diamondmccarthy.com;mjackson@diamondmccarthy.com;whotze@dia
  mondmccarthy.com
- E Kathleen Shahan    kathie.shahan@usdoj.gov, pamela.huff@usdoj.gov
- John James Sparacino    jjsparacino@vorys.com, kbconiglio@vorys.com
- William Ross Spence    ross@snowspencelaw.com,
  donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanysut
  ton@snowspencelaw.com
- James Matthew Vaughn    mvaughn@porterhedges.com,
  ksteverson@porterhedges.com;jdickinson@porterhedges.com
- Brian D Wallace    wallaceb@phelps.com, nealj@phelps.com
- Brian D Wallace    wallaceb@phelps.com, nealj@phelps.com
- Victor Weitao Zhao    victor.w.zhao@usdoj.gov
-
- I hereby further certify that a copy of the Second Amended Complaint in Intervention by  Harvey Gulf International Marine, LLC, Hornbeck Offshore Services, LLC, Expeditors and Production Services, Inc. and EPS Cargo Handlers Company, Inc. has been served upon all parties listed below by placing a copy in the United States mail first class, postage pre paid and properly addressed this 16th day of February, 2016.
-

| | |
|---|---|
| ATP Oil & Gas Corporation | Rodney Tow |
| 4600 Post Oak Place, Suite 100 | Tow & Koenig, PLLC |
| Houston, TX 77027 | 10077 Grogans Mill Road |
| | Suite 145 |
| | The Woodlands, TX 77380 |

/s/Robin B. Cheatham
Robin B. Cheatham

# EXHIBIT A

# OIL WELL LIEN AFFIDAVITS FILED BY INTERVENORS

### Harvey Gulf International Marine, LLC

#### Statement of Privilege

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00006285, Book 592, Page 204, July 30, 2012 |
| Leases: | 16661 and 24130 |
| Areas & Blocks: | MC 941, Well No, A2 and MC 942, Well Nos. A1, A2 and A3 |
| Principal Amount: | $2,885,133.50 |

#### Statement of Privilege

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004271, Book 602, Page 137, September 20, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63, Well No. A3 |
| Principal Amount: | $2,885,133.50 |

#### Notice of Construction Lien on Oil, Gas & Mineral Property

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22678, September 20, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $2,885,133.50 |

#### Notice of Construction Lien on Oil, Gas & Mineral Property

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22679, September 20, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A1 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22680, September 20, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well Nos. A2 and A3 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22681, September 20, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63, Well No. A3 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-146 in Construction Liens Records and 2012-153 in Oil/Gas Records, September 21, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-178 in Construction Liens Records and 2012-185 in Oil/Gas Records, September 21, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A1 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-210 in Construction Liens Records and 2012-217 in Oil/Gas Records, September 21, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A2 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-242 in Construction Liens Records and 2012-249 in Oil/Gas Records, September 21, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-274 in Construction Liens Records and 2012-281 in Oil/Gas Records, September 21, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-15431, Book 19, Pg. 652-683, September 21, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-15432, Book 19, Pg. 684-715, September 21, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A1 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-15433, Book 19, Pg. 716-747, September 21, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A2 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-15434, Book 19, Pg. 748-779, |
| | September 21, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $2,885,133.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-15435, Book 19, Pg. 780-811, |
| | September 21, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $2,885,133.50 |

## Hornbeck Offshore Services, LLC

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1408553, Book 2492, Pg. 590, |
| September 14, 2012 | |
| Lease: | 16661 |
| Area & Block: | GC 300 |
| Principal Amount: | $64,891.20 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1141259, Book 1567, Pg. 553, |
| | September 17, 2012 |
| Lease: | 16661 |
| Area & Block: | GC 300 |
| Principal Amount: | $64,891.20 |

**Act of Correction**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Act of Correction, Instr. No. 1141596, Book 1568, Pg. 548, |
| | September 21, 2012 |
| Lease: | 22939 |
| Area & Block: | GC 300 |
| Principal Amount: | $64,891.20 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004191, Book 601, Pg. 722, September 14, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $4,710,587.74 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004190, Book 601, Pg. 703, September 14, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $4,710,587.74 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004193, Book 601, Pg. 758, September 14, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $4,710,587.74 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004192, Book 601, Pg. 740, September 14, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63, Well No. A3 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | Instr. No. 2012-22665, September 14, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | Instr. No. 2012-22662, September 14, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | Instr. No. 2012-22664, September 14, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22663, September 14, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-112 in Construction Liens Records and 2012-116 in Oil/Gas Records, September 17, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-129 in Construction Liens Records and 2012-133 in Oil/Gas Records, September 17, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-95 in Construction Liens Records and 2012-99 in Oil/Gas Records, September 17, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-78 in Construction Liens Records and 2012-82 in Oil/Gas Records, September 17, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-14894, Book 19, Pg. 518-534, September 14, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-14895, Book 19, Pg. 535-551, September 14, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-14892, Book 19, Pg. 484-500, September 14, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $4,710,587.74 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-14893, Book 19, Pg. 501-517 |
| | September 14, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63, Well No. A3 |
| Principal Amount: | $4,710,587.74 |

## Expeditors and Production Services, Inc.

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22704, October 2, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22705, October 2, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22706, October 2, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22707, October 2, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22708, October 2, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22724, October 5, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22725, October 5, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22726, October 5, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22727, October 5, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22728, October 5, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-782 in Construction Liens Records and 2012-778 in Oil/Gas Records, October 10, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-827 in Construction Liens Records and 2012-823 in Oil/Gas Records, October 10, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-872 in Construction Liens Records and 2012-868 in Oil/Gas Records, October 10, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-917 in Construction Liens Records and 2012-913 in Oil/Gas Records, October 10, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-962 in Construction Liens Records and 2012-958 in Oil/Gas Records, October 10, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-463 in Construction Liens Records and 2012-463 in Oil/Gas Records, October 9, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-526 in Construction Liens Records and 2012-526 in Oil/Gas Records, October 9, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-589 in Construction Liens Records and 2012-589 in Oil/Gas Records, October 9, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-652 in Construction Liens Records and 2012-652 in Oil/Gas Records, October 9, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-715 in Construction Liens Records and 2012-715 in Oil/Gas Records, October 9, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16463, Book 20, Pg. 62-106, October 9, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16464, Book 20, Pg. 107-155, October 9, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16465, Book 20, Pg. 156-200, October 9, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16466, Book 20, Pg. 201-245, October 9, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16467, Book 20, Pg. 246-290, October 9, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $105,045.50 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16469, Book 20, Pg. 291-353, October 9, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16470, Book 20, Pg. 354-416, October 9, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16471, Book 20, Pg. 417-479, October 9, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16472, Book 20, Pg. 480-542, October 9, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $77,407.49 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16473, Book 20, Pg. 543-605, October 9, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $77,407.49 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004450, Book 603, Pg. 277, October 2, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $77,407.49 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004451, Book 603, Pg. 329, October 2, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $77,407.49 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004452, Book 603, Pg. 381, October 2, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $77,407.49 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004453, Book 603, Pg. 433, October 2, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $77,407.49 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004454, Book 603, Pg. 485, October 2, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $77,407.49 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Plaquemines Parish, State of Louisiana |
| Recordation Info: | File No. 2012-00004456, Book 603, Pg. 589, October 2, 2012 |
| Lease: | 14016 |
| Area & Block: | MC 711 |
| Principal Amount: | $77,407.49 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1142599, Book 1572, Pg. 670, October 10, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $105,045.50 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1142600, Book 1572, Pg. 716, October 10, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $105,045.50 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1142601, Book 1572, Pg. 762, October 10, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1142602, Book 1572, Pg. 808, October 10, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1142603, Book 1572, Pg. 670, October 10, 2012 |
| | Lease: 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $105,045.50 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1410629, Book 2501, Pg. 520, October 10, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $105,045.50 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1410630, Book 2501, Pg. 566, October 10, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $105,045.50 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1410631, Book 2501, Pg. 612, October 10, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1410632, Book 2501, Pg. 658, October 10, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $105,045.50 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1410633, Book 2501, Pg. 704, October 10, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $105,045.50 |

**EPS Cargo Handlers Company, Inc.**

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22699, October 2, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22700, October 2, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22701, October 2, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22702, October 2, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Harrison County, State of Mississippi |
| Recordation Info: | File No. 2012-22703, October 2, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-403 in Construction Liens Records and 2012-403 in Oil/Gas Records, October 8, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-373 in Construction Liens Records and 2012-373 in Oil/Gas Records, October 8, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-343 in Construction Liens Records and 2012-343 in Oil/Gas Records, October 8, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-313 in Construction Liens Records and 2012-313 in Oil/Gas Records, October 8, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Hancock County, State of Mississippi |
| Recordation Info: | File No. 2012-433 in Construction Liens Records and 2012-433 in Oil/Gas Records, October 8, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16301, Book 19, Pg. 812-841, October 5, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16302, Book 19, Pg. 842-871, October 5, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16303, Book 19, Pg. 872-901, October 5, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16304, Book 20, Pg. 1-30, October 5, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Notice of Construction Lien on Oil, Gas & Mineral Property**

| | |
|---|---|
| Place of Filing: | Chancery Clerk, Jackson County, State of Mississippi |
| Recordation Info: | File No. 2012-16305, Book 20, Pg. 31-60, October 5, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1143301, Book 1575, Pg. 228, October 22, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1143302, Book 1575, Pg. 259, October 22, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1143303, Book 1575, Pg. 290, October 22, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1143304, Book 1575, Pg. 321, October 22, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Lafourche Parish, State of Louisiana |
| Recordation Info: | Instr. No. 1143305, Book 1575, Pg. 352, October 22, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1411582, Book 2505, Pg. 220, October 22, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A1 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1411583, Book 2505, Pg. 251, October 22, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A2 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1411584, Book 2505, Pg. 282, October 22, 2012 |
| Lease: | 16661 |
| Area & Block: | MC 941, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1411585, Book 2505, Pg. 313, October 22, 2012 |
| Lease: | 24130 |
| Area & Block: | MC 942, Well No. A3 |
| Principal Amount: | $113,200.00 |

**Statement of Privilege**

| | |
|---|---|
| Place of Filing: | Mortgage Records, Terrebonne Parish, State of Louisiana |
| Recordation Info: | File No. 1411586, Book 2505, Pg. 344, October 22, 2012 |
| Lease: | 13198 |
| Area & Block: | AT 63 |
| Principal Amount: | $113,200.00 |