# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: |
| | * | |
| ATP OIL & GAS CORORATION, INC. | * | 12-36187 |
| | * | |
| *Debtor* | * | CHAPTER 11 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * |
| OHA INVESTMENT CORORATION; | * | |
| fka NGP CAPITAL RESOURCES | * | |
| COMPANY | * | |
|     Plaintiffs | * | |
| | * | |
| Vs | * | ADVERSARY NO. 12-3443 |
| | * | |
| BENNU OIL & GAS, LLC | * | |
|     Defendant | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * |

## NOTICE OF APPEAL
(Related to Docket No. 294)

Schlumberger Technology Corporation, M-I L.L.C. d/b/a M-I SWACO, Canrig Drilling Technology, Ltd., Smith International, Inc., Wireline Control Services, LLC, Harvey Gulf International Marine, LLC, Hornbeck Offshore Services, LLC, Warrior Energy Services Corporation, Fastorq, L.L.C., Stabil Drill Specialties, L.L.C., Workstrings International, L.L.C., Superior Energy Services, L.L.C., d/b/a Superior Completion Services,  Champion Technologies, Inc. and Offshore Energy Services, Inc. (collectively, the **"M&M Intervenors"**), appeals under 28 U.S.C. § 158(a) from the bankruptcy judge's Order entered May 13, 2016 [Dkt No. 294].

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1

Harvey Gulf International Marine, LLC,
Hornbeck Offshore Services, LLC,

Robin B. Cheatham, S.D. Tex. No. 18036
Scott R. Cheatham, Texas Bar No. 24050406
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Ph:  (504) 581-3234

Champion Technologies,, Inc. and
Offshore Energy Services, Inc.

Michael D. Rubenstein (Bar #24047514)
LISKOW & LEWIS
First City Tower
1001 Fannin Street, Ste. 1800
Houston, Texas 77002
Telephone: (713) 651-2953
Facsimile: (713) 651-2952
Email: *mdrubenstein@liskow.com*

Warrior Energy Services Corporation,
Fastorq, L.L.C.,
Stabil Drill Specialties, L.L.C.,
Workstrings International, L.L.C., and
Superior Energy Services, L.L.C., d/b/a Superior Completion Services

Stewart F. Peck
Louisiana Bar No. 10403, *pro hac vice*
Christopher T. Caplinger,
Louisiana Bar No. 25357, *pro hac vice*
Benjamin W. Kadden,
Texas Bar No. 24077542
Joseph P. Briggett, *pro hac vice*
Louisiana Bar No. 33029
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-199

Schlumberger Technology Corporation,
M-I L.L.C. d/b/a M-I SWACO,
Canrig Drilling Technology, Ltd.,
Smith International, Inc., Wireline Control Services, LLC

Phil F. Snow, State Bar No. 18812600
philsnow@snowspencelaw.com
Kenneth Green, State Bar No. 24036677
kgreen@snowspencelaw.com
Ross Spence, State Bar No. 18918400
ross@snowspencelaw.com
SNOW SPENCE GREEN LLP
2929 Allen Parkway, suite 2800
Houston, TX 77019
Telephone: (713) 335-4802

Bennu Oil & Gas, LLC

Andrew J. Gallo, Bar No. 645737
*Pro Hac Vice*
Andrew.gallo@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal St.
Boston, MA 02110
Telephone: (617) 341-7700

Phillip L. Lamberson, SBT00794134
planberson@winstead.com
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX 75201
Telephone: (214) 745-5400

Sean B. Davis, SDTX 1048341
SBT 24069583
sbdavis@winstead.com
WINSTEAD PC
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002
Telephone: (713) 650-8400

OHA Investment Corporation

Tye C. Hancock, Bar No. 24032271
Mitchell E. Ayer, Bar No. 01465500
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, Texas 77002
Telephone: (713) 654-8111

David M. Bennett, Bar No. 2139600
Katharine Battaia Clark, Bar No. 24046712
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700

Rodney D. Tow, Chapter 7 Trustee

Charles M. Rubio, TBA 24083768
crubio@diamondmccarthy.com
DIAMOND MCCARTHY, LLP
909 Fannin Street, Suite 1500
Houston, TX 77010
Telephone:  (713) 333-5100

Chris Lindstrom, State Bar No. 24032671
SDTX 33525
COOPER & SCULLY, P.C.
Chris.Lindstrom@cooperscully.com
815 Walker Street, Suite 1040
Houston, TX 77002
Telephone: (713) 236-6800

Timothy Micah Dortch, State Bar No. 24044981
SDTX 630903
Micah.Dortch@cooperscully.com
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Telephone: (214) 712-9500

Bank of New York Mellon Trust Company, N.A.

Paul M. Davis, State Bar No. 24078401
pauldavis@andrewskruth.com
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200

John J. Sparacino
jjsparacino@vorys.com
VORYS, SATER, SEYMOURT & PEASE LLP
700 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone:  (713) 588-7000

|  |  |
|---|---|
| Dated  May 27, 2016<br>Houston, Texas | Respectfully submitted,<br><br>**ADAMS AND REESE LLP**<br><br>/s/ *Robin B. Cheatham*<br>Robin B. Cheatham (So. District No. 18036)<br>One Shell Square<br>701 Poydras Street, Suite 4500<br>New Orleans, Louisiana 70139-4500<br>Telephone: (504) 581-3234<br>Telecopier: (504) 566-0210<br>Email: robin.cheatham@arlaw.com<br>*Attorneys for Harvey Gulf International Marine, LLC, Hornbeck Offshore Services, LLC,* |

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

/s/ *Benjamin W. Kadden*
Stewart F. Peck
Louisiana Bar No. 10403, *pro hac vice*
Christopher T. Caplinger,
Louisiana Bar No. 25357, *pro hac vice*
Benjamin W. Kadden,
Texas Bar No. 24077542
Joseph P. Briggett, *pro hac vice*
Louisiana Bar No. 33029
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Telecopier: (504) 310-9195
Email: speck@lawla.com,
ccaplinger@lawla.com
bkadden@lawla.com, jbriggett@lawla.com

*Attorneys for Warrior Energy Services Corporation, Fastorq, L.L.C., Stabil Drill Specialties, L.L.C., Workstrings International, L.L.C., and Superior Energy Services, L.L.C., d/b/a Superior Completion Services*

**LISKOW & LEWIS**

/s/ *Michael D. Rubenstein*
Michael D. Rubenstein (Bar #24047514)
First City Tower
1001 Fannin Street, Ste. 1800
Houston, Texas 77002
Telephone: (713) 651-2953
Facsimile: (713) 651-2952
Email: *mdrubenstein@liskow.com*

*Attorneys for Champion Technologies, Inc. and Offshore Energy Services, Inc.*

**SNOW SPENCE GREEN LLP**

*/S/Kenneth Green*
Phil F. Snow. State Bar No. 18812600
philsnow@snowspencelaw.com
Kenneth Green, State Bar No. 24036677
kgreen@snowspencelaw.com
Ross Spence, State Bar No. 18918400
ross@snowspencelaw.com
2929 Allen Parkway, suite 2800
Houston, TX 77019
Telephone: (713) 335-4802
Telecopier: (713) 335-4902

*Attorneys for Schlumberger Technology Corporation, M-I L.L.C. d/b/a M-I SWACO, Canrig Drilling Technology, Ltd., Smith International, Inc., Wireline Control Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon the following parties listed below via electronic means by the Court's CM/ECF electronic filing system and/or by placing a copy in United States mail, first class, postage prepaid and properly addressed this 27th day of May, 2016:

- Jeffrey C Alexander    jalexander@doblaw.com, jschmutzer@doblaw.com
- Mitchell E Ayer    mitchell.ayer@tklaw.com, mattia.maldonado@tklaw.com;tj.crittendon@tklaw.com
- Charles A Beckham    beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
- David Mark Bennett    david.bennett@tklaw.com, gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com
- Rhett G Campbell    rhett.campbell@tklaw.com, Jeanie.Mathews@tklaw.com;tj.crittendon@tklaw.com
- Robin B Cheatham    robin.cheatham@arlaw.com, vicki.owens@arlaw.com

- Paul M Davis    pauldavis@andrewskurth.com
- Sean B Davis    sbdavis@winstead.com, jhebert@winstead.com
- Timothy Micah Dortch    micah.dortch@cooperscully.com, luisa.ulluela@cooperscully.com
- Andrew J. Gallo    andrew.gallo@morganlewis.com
- Kenneth P. Green    kgreen@snowspencelaw.com, janissherrill@snowspencelaw.com;rhondarackley@snowspencelaw.com
- Tye Hancock    tye.hancock@tklaw.com, patricia.flores@tklaw.com;tj.crittendon@tklaw.com
- Benjamin W Kadden    bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com
- Phillip L Lamberson    plamberson@winstead.com, pschneller@winstead.com;bdaniels@winstead.com
- Christopher David Lindstrom    chris.lindstrom@cooperscully.com, angela.rhodes@cooperscully.com
- Allen C. Miller    allen.miller@phelps.com, linda.jefferson@phelps.com
- Michael D Rubenstein    mdrubenstein@liskow.com
- Charles M. Rubio    crubio@diamondmccarthy.com, lsimon@diamondmccarthy.com;whotze@diamondmccarthy.com
- E Kathleen Shahan    kathie.shahan@usdoj.gov, pamela.huff@usdoj.gov
- John James Sparacino    jjsparacino@vorys.com, kbconiglio@vorys.com
- William Ross Spence    ross@snowspencelaw.com, donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- James Matthew Vaughn    mvaughn@porterhedges.com, ksteverson@porterhedges.com;jdickinson@porterhedges.com
- Brian D Wallace    wallaceb@phelps.com, renee.coulter@phelps.com
- Brian D Wallace    wallaceb@phelps.com, renee.coulter@phelps.com
- Victor Weitao Zhao    victor.w.zhao@usdoj.gov

| | |
|---|---|
| ATP Oil & Gas Corporation<br>4600 Post Oak Place, Suite 100<br>Houston, TX 77027 | Rodney Tow<br>Tow & Koenig, PLLC<br>10077 Grogans Mill Road<br>Suite 145<br>The Woodlands, TX 77380 |

*/s/Robin B. Cheatham*_____
Robin B. Cheatham