

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
06/08/2016

| | | |
|---|---|---|
| IN RE: | § | |
| **ATP OIL & GAS CORPORATION** | § | **CASE NO: 12-36187** |
| Debtor(s) | § | |
| | § | **CHAPTER 7** |
| | § | |
| **OHA INVESTMENT CORPORATION; fka** | § | |
| **NGP CAPITAL RESOURCES COMPANY** | § | |
| Plaintiff(s) | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 12-3443** |
| | § | |
| **BENNU OIL & GAS, LLC** | § | |
| Defendant(s) | § | |

## <u>ORDER</u>

OHA has filed an emergency motion seeking clarification regarding the Report and Recommendation and Memorandum Opinion and Order issued on May 13, 2016. (EFC Nos. 293 and 294). The Report and Recommendation dealt solely with OHA's Motion for Withdrawal of Reference filed on February 5, 2016. The Order denying OHA's Motion to Dismiss and granting the M&M Intervenor's leave to amend their complaints is interlocutory.

SIGNED **June 7, 2016.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1