

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/08/2016

| | | |
|---|---|---|
| IN RE: § | | |
| ATP OIL & GAS CORPORATION § | CASE NO: 12-36187 | |
|    Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| OHA INVESTMENT CORPORATION; fka § | | |
| NGP CAPITAL RESOURCES COMPANY § | | |
|    Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 12-3443 | |
| § | | |
| BENNU OIL & GAS, LLC § | | |
|    Defendant(s) § | | |

## ORDER

Pursuant to the Report and Recommendation and Memorandum Opinion issued on May 13, 2016, OHA's Second Amended Motion to Dismiss is denied. The intervenors are granted leave to amend, which has now occurred. This Order is interlocutory.

SIGNED **June 8, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE