

ENTERED
06/08/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| ATP OIL & GAS CORPORATION § | CASE NO: 12-36187 | |
|    Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| OHA INVESTMENT CORPORATION; fka § | | |
| NGP CAPITAL RESOURCES COMPANY § | | |
|    Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 12-3443 | |
| § | | |
| BENNU OIL & GAS, LLC § | | |
|    Defendant(s) § | | |

## ORDER VACATING ORDER

    The Order denying OHA's Second Amended Motion to Dismiss and recommending that the District Court withdraw the reference issued on May 13, 2016 (ECF No. 294) is vacated.

    SIGNED **June 8, 2016.**

                                          Marvin Isgur
                          UNITED STATES BANKRUPTCY JUDGE