

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/25/2016

| | | |
|---|---|---|
| IN RE: | § | |
| ATP OIL & GAS CORPORATION | § | CASE NO: 12-36187 |
| Debtor(s) | § | |
| | § | CHAPTER 7 |
| | § | |
| OHA INVESTMENT CORPORATION; fka | § | |
| NGP CAPITAL RESOURCES COMPANY | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 12-3443 |
| | § | |
| BENNU OIL & GAS, LLC | § | |
| Defendant(s) | § | |

## ORDER

A Status/Scheduling Conference is set for August 2, 2016 at 1:30 p.m.  Plaintiff to serve notice to all interested parties and file a certificate of service with the clerk's office.

SIGNED **July 25, 2016.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE