

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/19/2016

| | | |
|---|---|---|
| IN RE: § | | |
| ATP OIL & GAS CORPORATION § | CASE NO: 12-36187 | |
|    Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| OHA INVESTMENT CORPORATION; fka § | | |
| NGP CAPITAL RESOURCES COMPANY § | | |
|    Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 12-3443 | |
| § | | |
| BENNU OIL & GAS, LLC § | | |
|    Defendant(s) § | | |

## ORDER

For the reasons set forth in the Report and Recommendation issued on this date, the Court recommends the dismissal with prejudice of the Amended Complaints in Intervention.

SIGNED **August 19, 2016.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE